Richard E. Spoonemore, *Pro Hac Vice*
Eleanor Hamburger, *Pro Hac Vice*
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
Email: rspoonemore@sylaw.com
Email: ehamburger@sylaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLYN DUNCAN and BRUCE DUNCAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., f/k/a ALIERA HEALTHCARE, INC., a Delaware corporation; and TRINITY HEALTHSHARE, INC., a Delaware corporation,<br><br>Defendants. | Civil Case No. 2:20-CV-00867-TLN-KJN<br><br>[*Assigned to the Hon. Troy L. Nunley*]<br><br>**STIPULATION AND ORDER RE: FILING OF AMENDED COMPLAINT AND FOR AN EXTENSION OF TIME UNDER THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Action Filed: April 28, 2020 |

**STIPULATION RE: FILING OF AMENDED COMPLAINT AND FOR AN**

**EXTENSION OF TIME UNDER THE INITIAL PRETRIAL SCHEDULING ORDER**

Plaintiffs Corlyn Duncan and Bruce Duncan ("Plaintiffs") and Defendants The Aliera Companies Inc. ("Aliera") and Trinity Healthshare, Inc. ("Trinity") (collectively, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation to (a) permit Plaintiffs to amend their Complaint and (b) to modify the Court's April 28, 2020 Initial Pretrial Scheduling Order (the "Scheduling Order"). The parties request the Court enter an Order

permitting the Plaintiffs to file the Amended Complaint attached as ***Appendix A*** in redline format and modifying the Scheduling Order as follows:

**WHEREAS,** Plaintiffs filed their Class Action Complaint against Defendants in the United States District Court for the Eastern District of California, Case No. 2:20-cv-867-TLN-KJN, on or about April 28, 2020. Plaintiffs served both Defendants Aliera and Trinity with the Complaint on April 29, 2020;

**WHEREAS,** the Court issued the Scheduling Order on April 28, 2020, which states, in relevant part, that the Parties shall confer as required by Federal Rule of Civil Procedure 26(f) within sixty (60) days of service of the Complaint. (Dkt. 3, § III.) The current deadline for the Parties to confer is June 29, 2020;

**WHEREAS,** Defendants Aliera and Trinity each filed a Motion to Dismiss, or alternatively, Compel Arbitration, on June 10, 2020, in response to Plaintiffs' Complaint. Both Motions to Dismiss are set for hearing on August 20, 2020;

**WHEREAS,** good cause exists to allow Plaintiffs to file the Amended Complaint adding an additional defendant, OneShare Health LLC, formerly known as Unity Healthshare LLC, and revising the Complaint to address issues raised by defendant Trinity in its Motion to Dismiss, pursuant to Fed. R. Civ. P. 15(a) and 16(b).  Plaintiffs provided Defendants with a draft of the proposed Amended Complaint.  After they reviewed the Amended Complaint, defendants consented to its filing.  This filing is timely under the Scheduling Order;

**WHEREAS,** good cause exists to continue the Parties' deadline to confer under Rule 26(f) until sixty (60) days after service of the additional defendant, so that all defendants may participate in a single Rule 26(f) conference;

**WHEREAS,** the Parties stipulate and agree that Defendants Aliera and Trinity's respective Motions to Dismiss Plaintiffs' Complaint will be taken off calendar upon the filing of Plaintiffs' Amended Complaint, and Defendants' deadline to respond to Plaintiffs' Amended

1  Complaint will be twenty-one (21) days after service of the Amended Complaint upon OneShare
2  Health LLC;

3  **WHEREAS,** the Parties have not previously requested an extension of time under the
4  Scheduling Order to confer as required by Rule 26(f);

5  **NOW, THEREFORE,** the Parties, by and through their counsel of record, hereby
6  stipulate and request that this Court find good cause to (a) permit Plaintiffs to file the Amended
7  Complaint attached in Appendix A; (b) set Defendants Aliera and Trinity's deadline to file a
8  responsive pleading at twenty-one (21) days after service of the Amended Complaint on OneShare
9  Health LLC; and (c) modify the Scheduling Order and continue the deadline to confer under
10 Rule 26(f) until sixty (60) days after the additional defendant is served.

Dated:  June 26, 2020               **SIRIANNI YOUTZ**
                                    **SPOONEMORE HAMBURGER PLLC**

                                    By:   */s/ Eleanor Hamburger*
                                          Eleanor Hamburger
                                    *Attorneys for Plaintiffs*
                                    CORLYN DUNCAN and BRUCE DUNCAN

                                    *The filer, Eleanor Hamburger, attests that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated:  June 26, 2020               **BURR & FORMAN LLP**

                                    By:   */s/ Alan D. Leeth*
                                          Alan D. Leeth
                                    *Attorneys for Defendant*
                                    THE ALIERA COMPANIES INC.

Dated:  June 26, 2020               **BAKER & HOSTETLER LLP**

                                    By:   */s/ Elizabeth M. Treckler*
                                          Elizabeth M. Treckler
                                    *Attorneys for Defendant*
                                    TRINITY HEALTHSHARE, INC.

STIPULATION RE: FILING OF AMENDED COMPLAINT AND FOR EXTENSION OF TIME UNDER SCHEDULING ORDER
- 3 -

**ORDER**

Pursuant to the stipulation of the Parties, and finding good cause thereon, the Court orders that Plaintiffs may file their Amended Complaint; that Defendants Aliera and Trinity shall have twenty-one (21) days from the date of service of the Amended Complaint on OneShare Health LLC to file any responsive pleading; and that Section III of the Initial Pretrial Scheduling Order (Dkt. 3) shall be modified to extend the Parties' deadline to confer under Federal Rule of Civil Procedure 26(f) until sixty (60) days after the additional defendant in the Amended Complaint is served.

**IT IS SO ORDERED.**

DATED:  June 26, 2020

Troy L. Nunley
United States District Judge