UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLYN DUNCAN and BRUCE DUNCAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., f/k/a ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation; and ONESHARE HEALTH, LLC, formerly known as UNITY HEALTHSHARE, LLC and as KINGDOM HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation,<br><br>Defendants. | No. 2:20-cv-00867-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO EXCEED PAGE LIMIT TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiffs Corlyn Duncan and Bruce Duncan (collectively, "Plaintiffs") have filed a Motion to Exceed Page Limit to respond to Defendants Aliera Companies, Inc. (f/k/a Aliera Healthcare, Inc.), Trinity Healthshare, Inc., and Oneshare Health, LLC's (collectively, "Defendants") motions to dismiss (ECF Nos. 36–38). (ECF No. 41.) Plaintiffs' Motion is unopposed. (*See* ECF No. 41 at 2.)

///

///

1

Accordingly, for good cause shown, Plaintiffs' unopposed Motion is hereby GRANTED. (ECF No. 41.) Plaintiffs may file a consolidated brief in opposition to Defendants' motions to dismiss, not to exceed thirty (30) pages.

IT IS SO ORDERED.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge