

United States District Court
Eastern District of California

| CORLYN DUNCAN and BRUCE DUNCAN | Case Number: NO. 2:20-CV-00867 |

Plaintiff(s)

V.

ALIERA COMPANIES, INC., et al.

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Cyrus Mehri** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **plaintiffs**

On **04/02/1990** (date), I was admitted to practice and presently in good standing in the **District Court for the District of Columbia** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **05/23/2023**           Signature of Applicant: /s/ **Cyrus Mehri**

**Pro Hac Vice Attorney**

Applicant's Name: Cyrus Mehri
Law Firm Name: Mehri & Skalet, PLLC
Address: 2000 K ST. NW
Suite 325
City: Washington   State: DC   Zip: 20006
Phone Number w/Area Code: (202) 822-5100
City and State of Residence: Washington, DC
Primary E-mail Address: cmehri@findjustice.com
Secondary E-mail Address: pleadings@findjustice.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nina R. Wasow
Law Firm Name: Feinberg, Jackson, Worthman, Wasow LLP
Address: 2030 Addison ST.
Suite 500
City: Berkeley   State: CA   Zip: 94704
Phone Number w/Area Code: (501) 269-7998   Bar #: 242047

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/23/23

_____
JUDGE, U.S. DISTRICT COURT