UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORYLN DUNCAN and BRUCE DUNCAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE ALIERA COMPANIES, INC., et al.,<br><br>　　　　Defendant. | No. 2:20-CV-00867-TLN-KJN<br><br>**ORDER** |

　　　Plaintiffs Corlyn Duncan and Bruce Duncan ("Plaintiffs") and Defendant OneShare Health, LLC ("OneShare") have filed a motion to lift the stay imposed by the Court's September 10, 2021, order. (ECF No. 8.) The Court's order provided that "[t]he case may be reopened at the request of the parties." (*Id.* at 5.) Plaintiffs' motion requests that the Court lift the stay as to their claims against Defendant OneShare Health, LLC ("OneShare"), advising the Court that they and OneShare have reached a settlement. As Plaintiffs explain, OneShare is the only defendant in this case that is not in bankruptcy. OneShare does not oppose Plaintiffs' motion.

　　　The Court has read and considered the motion and concludes that it is an appropriate exercise of its discretion to lift the stay as to Plaintiffs' claims against OneShare so that Plaintiffs may submit the settlement for the Court's decision on preliminary approval. No damage will result from lifting the stay, no party will suffer hardship or inequity in being required to go

1

forward, and lifting the stay as to Plaintiffs' claims against OneShare will further the orderly course of justice by simplifying the remaining issues in the case.

Therefore, Plaintiffs' Motion to Lift the Stay is GRANTED. The stay in this action is LIFTED as to Plaintiffs and OneShare, and the clerk is directed to ADMINISTRATIVELY REOPEN the case as to Plaintiffs and OneShare.

IT IS SO ORDERED.

Dated: June 14, 2023

Troy L. Nunley
United States District Judge

2