UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORYLN DUNCAN and BRUCE DUNCAN,<br><br>Plaintiff,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., et al.,<br><br>Defendant. | No. 2:20-CV-00867-TLN-KJN<br><br>**ORDER** |

Pursuant to Fed. R. Civ. P. 15, Plaintiffs' Unopposed Motion to Amend Complaint is granted. Plaintiffs are directed to file the Second Amended Complaint attached as ***Appendix A*** to their Motion to Amend Complaint not later than seven (7) days from the electronic filing date of this Order.

IT IS SO ORDERED.

Dated: June 14, 2023

Troy L. Nunley
United States District Judge

1