Nina Wasow (CA Bar #242047)
Catha Worthman (CA Bar #230399)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
nina@feinbergjackson.com
catha@feinbergjackson.com

Eleanor Hamburger, *Pro Hac Vice*
Richard E. Spoonemore, *Pro Hac Vice*
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com

*Attorneys for Plaintiffs and Settlement Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLYN DUNCAN, et al., | Case No. 2:20-CV-00867-TLN-KJN |
| Plaintiffs, | |
| v. | **DECLARATION OF TINAMARIE FEIL REGARDING CLASS NOTICE** |
| THE ALIERA COMPANIES, INC., f/k/a ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation; and ONESHARE HEALTH, LLC, formerly known as UNITY HEALTHSHARE, LLC and as KINGDOM HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation, | <u>Hearing</u><br>Date:        January 11, 2024<br>Time:        2:00 p.m.<br>Courtroom: 2<br>Hon. Troy L. Nunley |
| Defendants. | |

Tinamarie Feil states:

1.     I am over eighteen years of age, and I believe the statements contained herein are true based on my personal knowledge. I act as President of Client Services at BMC Group, Inc., and my business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, CA 90250.

2.     In accordance with this Court's Order [ECF. No. 114] dated June 15, 2023, BMC Group, Inc. ("BMC Group") was appointed Settlement Administrator authorized and instructed to perform class notice by disseminating the approved notice materials ("Notice Materials") to all reasonably identifiable Settlement Class members by email, and for those Settlement Class members for whom no email address is available and a physical address is available, by U.S. Mail, and through publication of the dedicated settlement website, including any required processing of changes of address.

3.     <u>Class Data.</u>  On June 20, 2023, BMC Group was provided access to 7 files (the "Source Files") containing contact information of potential class members.  149,713 unique emails were identified from the Source Files.

4.     <u>Notice Materials Dissemination</u>.

(a)     On August 4, 2023, I confirmed that the dedicated settlement website www.symslaw.com/unitysettlement containing Notice Materials was published and operational;

(b)     On August 4, 2023, BMC Group transmitted email notification to 149,713 parties. 5,618 of those emails were bounced as undeliverable.  On August 15, 2023, BMC Group mailed the Notice Materials via first class, postage prepaid, to 1,629 of the email undeliverable parties for whom physical addresses were available.  BMC Group then performed reverse email research on 3,989 remaining undeliverable email records and was able to locate physical addresses for 651 parties.  On August 18, 2023, BMC Group mailed the Notice Materials via first class, postage prepaid, to those 651 parties.  In each instance of preparing a first-class mailing, BMC Group runs a query against the National Change of Address Database ("NCOA") database maintained by the

United States Postal Service ("USPS") and uses updated addresses in executing the service.

(c)     On September 13, 2023 first class mail sent to 14 parties for whom BMC Group has received mail returned as undeliverable and were able to obtain updated changes of address through NCOA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  September 14, 2023, at Seattle, Washington, USA.

_____
                          Tinamarie Feil