Nina Wasow (CA Bar #242047)
Catha Worthman (CA Bar #230399)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
nina@feinbergjackson.com
catha@feinbergjackson.com

Eleanor Hamburger, *Pro Hac Vice*
Richard E. Spoonemore, *Pro Hac Vice*
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com

[additional counsel listed on signature page]

*Attorneys for Plaintiffs and Settlement Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLYN DUNCAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE ALIERA COMPANIES, INC., f/k/a ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation; and ONESHARE HEALTH, LLC, formerly known as UNITY HEALTHSHARE, LLC and as KINGDOM HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-CV-00867-TLN-KJN<br><br>**PLAINTIFFS' PRELIMINARY OMNIBUS REPLY IN SUPPORT OF MOTIONS TO APPROVE SETTLEMENT AND FOR ATTORNEY FEES, COSTS AND CLASS CONTRIBUTION AWARDS**<br><br>Hearing<br>Date:　　　　January 11, 2024<br>Time:　　　　2:00 p.m.<br>Courtroom: 2<br>Hon. Troy L. Nunley |

## I. BACKGROUND

The Court entered an Amended Order preliminarily approving the class action settlement in this case on July 11, 2023. ECF No. 114. In accordance with paragraph 20 of that Order, Plaintiffs filed motions for final settlement approval and for approval of attorney fees, litigation expense reimbursements, and class representative service awards on August 24, 2023. ECF Nos. 115, 116. A link to the Motion for Attorney Fees has been posted to the Unity Settlement website, https://www.symslaw.com/unitysettlement. On September 14, 2023, BMC Group, Inc., the appointed class administrator, filed a declaration confirming its compliance with class notice procedures, as required by paragraph 11 of the Amended Order. *See* ECF No. 120. The deadline for submitting claims or opting out of the settlement is November 12, 2023. ECF No. 114, ¶19. The Court set January 11, 2024 as the final hearing on the motions.

The Amended Order provides that "[n]o later than October 8, 2023, or fourteen (14) days prior to the final approval hearing, Plaintiffs may file reply papers, if any." ECF No. 114, ¶21. Accordingly, Plaintiffs submit this Preliminary Reply to inform the Court of the status of the claims process.

## II. PRELIMINARY REPLY

There have been no objections filed to either the Motion for Final Approval of the Settlement or the Motion for Attorney Fees, Costs, and Case Contribution Awards. Defendant OneShare filed an Omnibus response to the motions supporting the settlement and taking no position on the Motion for Attorney Fees. ECF No. 119. To date, the claims administrator reports that it has received 996 claims and no opt outs. This robust and positive response supports the final approval of the settlement agreement. Plaintiffs will file a supplemental reply, along with a report prepared by the claims administrator regarding the number and dollar value of claims submitted, and will respond to objections, if any, on or before December 28, 2023.

PLAINTIFFS' PRELIMINARY OMNIBUS REPLY IN SUPPORT OF MOTIONS TO APPROVE SETTLEMENT
AND FOR ATTORNEY FEES, COSTS AND CLASS CONTRIBUTION AWARDS – 1
CASE NO. 2:20-CV-00867-TLN-KJN

DATED: October 9, 2023.

    */s/ Richard E. Spoonemore*
Richard E. Spoonemore, *Pro Hac Vice*
Eleanor Hamburger, *Pro Hac Vice*
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
rspoonemore@sylaw.com
ehamburger@sylaw.com

Nina Wasow, CA Bar #242047
Catha Worthman, CA Bar #230399
FEINBERG, JACKSON, WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704-2658
Tel. (510) 269-7998
nina@feinbergjackson.com
catha@feinbergjackson.com

Michael David Myers, *Pro Hac Vice*
MYERS & COMPANY PLLC
1530 Eastlake Avenue East
Seattle, WA 98102
Tel. (206) 398-1188
mmyers@myers-company.com

William H. Anderson, *Pro Hac Vice*
HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Tel. (303) 800-9109
wanderson@hfajustice.com

James J. Varellas III, CA Bar #253633
VARELLAS & VARELLAS PLLC
360 East Vine Street, Suite 320
Lexington, KY 40507
Tel. (859) 252-4473
jayvarellas@varellaslaw.com

PLAINTIFFS' PRELIMINARY OMNIBUS REPLY IN SUPPORT OF MOTIONS TO APPROVE SETTLEMENT
AND FOR ATTORNEY FEES, COSTS AND CLASS CONTRIBUTION AWARDS – 2
CASE NO. 2:20-CV-00867-TLN-KJN

Jerome P. Prather, *Pro Hac Vice*
GARMER & PRATHER, PLLC
141 North Broadway
Lexington, KY 40507
Tel.   (859) 254-9352
jprather@garmerprather.com

Cyrus Mehri, *Pro Hac Vice*
MEHRI & SKALET, PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100
cmehri@findjustice.com

*Attorneys for Plaintiffs and Settlement Class*

PLAINTIFFS' PRELIMINARY OMNIBUS REPLY IN SUPPORT OF MOTIONS TO APPROVE SETTLEMENT
AND FOR ATTORNEY FEES, COSTS AND CLASS CONTRIBUTION AWARDS – 3
CASE NO. 2:20-CV-00867-TLN-KJN