Nina Wasow (CA Bar #242047)
Catha Worthman (CA Bar #230399)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
nina@feinbergjackson.com
catha@feinbergjackson.com

Eleanor Hamburger, *Pro Hac Vice*
Richard E. Spoonemore, *Pro Hac Vice*
SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350
Seattle, WA 98121
Tel. (206) 223-0303
ehamburger@sylaw.com
rspoonemore@sylaw.com

*Attorneys for Plaintiffs and Settlement Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORLYN DUNCAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ALIERA COMPANIES, INC., f/k/a ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation; and ONESHARE HEALTH, LLC, formerly known as UNITY HEALTHSHARE, LLC and as KINGDOM HEALTHSHARE MINISTRIES, LLC, a Virginia limited liability corporation,<br><br>        Defendants. | Case No. 2:20-CV-00867-TLN-KJN<br><br>**SUPPLEMENTAL DECLARATION OF TINAMARIE FEIL IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT**<br><br><u>Hearing</u><br>Date:         January 11, 2024<br>Time:         1:30 p.m.<br>Courtroom: 2<br>Hon. Troy L. Nunley |

Tinamarie Feil states:

1. I am over eighteen years of age, and I believe the statements contained herein are true based on my personal knowledge. I am President of Client Services at BMC Group, Inc., and my business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, CA 90250.

2. BMC was appointed Settlement Administrator by this Court's Order dated June 15, 2023. ECF No.114. In accordance with that Order, BMC emailed and mailed class notices to class members as outlined in my Declaration dated September 14, 2023, and filed with this Court as ECF No. 120.

3. The Court's Order set November 12, 2023, as the date by which class claims had to be received by BMC. Because November 12, 2023, was a Sunday, BMC considered any claim received by Monday November 13, 2023, as timely.

4. ***Timely Claims Received.*** BMC received a total of 1,795 claims on or before November 13, 2023 ("Timely Claims"). This number includes claims that were mistakenly sent to the Court on or before November 13, 2023, and forwarded to BMC by Class Counsel. The total dollar amount of the Timely Claims is $19,421,058.87. Of that amount, $13,580,964.29 was claimed for monthly premium payments, and $5,840,094.58 was claimed for unpaid medical expenses.

5. ***Late Claims Received.*** BMC continued to accept late-filed claims through December 13, 2023 ("Late Claims"), including Late Claims received by the Court during that period and forwarded to BMC by Class Counsel. BMC received a total of 209 Late Claims. The total dollar amount of the Late Claims is $2,380,280.19. Of that amount, $1,430,979.30 was claimed for monthly premiums, and $949,300.89 was claimed for unpaid medical expenses.

6. ***Total Claims Received.*** BMC received a total of 2,004 claims on or before December 13, 2023, with a total dollar amount of $21,801,339.06.

7. ***Preliminary Estimate of Claims Within Class Period.*** BMC has not yet adjudicated the claims, but it appears that many of the claims received are outside the class period. Because the class definition requires a member to have purchased an Aliera/Unity plan on or before

August 10, 2018, BMC sorted all claims based on the date claimants stated they first became members. Many claims stated the claimant first became a member after August 10, 2018, or provided no date as to when they first became members. After filtering out the claims that appear to be outside the Class Period:

    (a)    1,059 of the Timely Claims, totaling $10,615,481.49, are within the Class Period. The average amount of these Timely Claims is $10,024.06.

    (b)    100 of the Late Claims, totaling $ 1,061,821.97, are within the Class Period.

    (c)    1,159 of all claims received by December 13, 2023, totaling $11,677,303.46, are within the Class Period. The average amount of all claims within the Class Period is $ 10,075.33.

    8.    ***Adjudication is ongoing.*** The numbers set forth in paragraph 7 above are preliminary and will change as the claims are fully adjudicated. Claimants whose claims appear to fall outside the Class Period and were not included in the numbers above will be notified and given an opportunity to provide additional information to establish that their claims are within the Class Period. Other claims, or portions of the claims, that are included in the numbers in Paragraph 7 above may, upon full adjudication, fall outside the Class Period or be unsupported by documentation provided.

    9.    ***Opt-Outs.*** BMC received only one Exclusion Request.

    10.    ***BMC Costs.*** BMC's cost for providing class notice is $11,190. BMC's cost of claims administration through December 13, 2023, is $20,070. BMC requests that this Court allow payment of $31,260 from the Settlement Fund. BMC estimates that it will cost approximately $120,000 to fully adjudicate the claims received and to make two disbursement payments to members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 20, 2023, at Seattle, Washington.

*Tinamarie Feil*
_____
Tinamarie Feil